NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ABBOTT GMBH & CO. KG,**
*Plaintiff - Appellee*

v.

**YEDA RESEARCH AND DEVELOPMENT CO., LTD.,**
*Defendant - Appellant*

---

15-1663

---

Appeal from the United States District Court for the District of Columbia in case no. 1:00-cv-01720-RMU United States District Judge Ricardo M. Urbina

---

ON MOTION

O R D E R

Upon consideration of the Appellee, Abbott GmbH & Co. KG unopposed motion to extend time to file their principal brief until September 14, 2015,

IT IS ORDERED THAT:

The motion is granted.

                                            FOR THE COURT

July 31, 2015                /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court